# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | EV47 |
| Violation Number | 5049053 |
| Officer Name (Print) | WILLIAMSON |
| Officer No. | 1355 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | CFR / USC / State Code |
|---|---|---|
| 11-19-2015 18:39 | 32 CFR 1903.7(a) | CFR |

**Place of Offense:** 930 DOLLEY MADISON BLVD, MCLEAN, VA

**Offense Description: Factual Basis for Charge**

ENTERING OR REMAINING ON AGENCY INSTALLATION WITHOUT PROPER AUTHORIZATION

### DEFENDANT INFORMATION

- Last Name: BEYER
- First Name: JOHN
- M.I.: C

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| VCD 5313 | VA | 2014 | FORD TAURUS | | RED |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- Forfeiture Amount: $110
- + $25 Processing Fee
- **PAY THIS AMOUNT → $135 Total Collateral Due**

**YOUR COURT DATE**

- Court Address: 401 Courthouse Square, Alexandria, VA 22314
- Date: 02-25-2016
- Time: 10:00 AM

X Defendant Signature: [signed] John C. Beyer

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 19, 2015 while exercising my duties as a law enforcement officer in the EASTERN District of VA

I OBSERVED JOHN C. BEYER, IDENTIFIED BY VA DRIVER'S LICENSE E23744541, DRIVE ONTO THE GATE COMPOUND BACK UP AND STOP IN THE INBOUND LANE. BEYER HAD MADE 3 PREVIOUS VISITS TO CIA, AND WAS GIVEN VERBAL WARNINGS NOT TO RETURN.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/19/2015  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident